```
1   PATRICK L. FORTE, State Bar #80050        Signed: February 25, 2010
    CORRINE BIELEJESKI, Bar #244599
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328                 _____
4   Facsimile: (510) 763-8354
                                               LESLIE TCHAIKOVSKY
                                               U.S. Bankruptcy Judge
5   Attorneys for Debtors                     _____
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 08-46010 LT |
| **EDWARD DASALLA ARDALES and MARIA SOCORRO MERCAD0-ARDALES,** | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served a Second Amended Motion to Modify Chapter 13 Plan on January 25, 2010, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows: Commencing September, 2009, debtors will pay $820.00 to the Trustee through December, 2009. Commencing January, 2010, debtors will pay $830.00 to the Trustee. Debtors shall surrender their real property located at 921 Griffith Ln., Brentwood, California to Countrywide/Bank of America and Contra Costa County. Any arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

**Attorney for Debtor**
Patrick L. Forte, Esq.
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA  94540

**Debtor**
Edward & Maria Ardales
212 Broadwing Ct.
San Ramon, CA 94582

Order Modifying Chapter 13 Plan                                                    Page 2 of 2