**ROUTH CRABTREE OLSEN, P.S.**
Edward T. Weber, Esq., SBN #194963
Jonathan J. Damen, Esq., SBN #251869
Nancy Ly, Esq. SBN #272035
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile 714-277-4899
Email jdamen@rcolegal.com

RCO No.: 7021.307011
Attorneys for movant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., ALTERNATIVE LOAN TRUST 2006-OA1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Edward Dasalla Ardales and<br>Maria Socorro Mercado-Ardales aka Marisu Mercado Ardales<br><br>Debtor(s). | Bk. No. 08-46010-RLE<br>R.S. No.: JJD-1238<br>Judge Roger L. Efremsky<br>**Chapter 13**<br><br>*MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)*<br><br>Preliminary Hearing:<br>Date: February 27, 2013<br>Time: 1:30 PM<br>Place: U.S. Bankruptcy Court<br>1300 Clay St.<br>Oakland, CA 94612<br>Courtroom 201 |

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., ALTERNATIVE LOAN TRUST 2006-OA1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 921 GRIFFITH LANE, BRENTWOOD, CA 94513 (the "Property"). The facts and circumstances supporting this Motion are set forth in the Declaration in Support of Motion for Relief from Automatic Stay filed contemporaneously herewith (the "Declaration"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on October 20, 2008.

2. A Chapter 13 Plan was confirmed on February 25, 2010.

3. The Debtors have executed and delivered that certain promissory note in the original principal amount of $453,750.00 (the "Note"). Movant is an entity entitled to enforce the Note. Movant, directly or through an agent, has possession of the Note. A copy of the Note is attached hereto as Exhibit A.

4. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtors under the Note and the Deed of Trust with respect to the Loan are secured by the Property. A copy of the Deed of Trust is attached hereto as Exhibit B.

5. All rights and remedies under the Deed of Trust have been assigned to the Movant pursuant to that certain assignment of deed of trust, a copy of which is attached hereto as Exhibit C.

6. Bank of America, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a

discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Deed of Trust.

7. Debtors' Chapter 13 Plan reflects Debtors' intent to surrender property to Movant.

8. As of January 11, 2013, the outstanding Obligations are:

| | |
|---|---|
| Unpaid Principal Balance | $490,765.70 |
| Unpaid, Accrued Interest | $92,608.15 |
| Costs | $5,969.73 |
| **Less**: Partial Payments | ($149.52) |
| Minimum Outstanding Obligations | $589,194.06 |

9. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $650 in legal fees and $176 in costs. Movant reserves all rights to seek an award or allowance of such fees and costs in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

10. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtors:

| **Number of Missed Payments** | **From** | **To** | **Monthly Payment Amount** | **Total Missed Payments** |
|---|---|---|---|---|
| 12 | February 1, 2009 | January 1, 2010 | $2,083.52 | $25,002.24 |
| 12 | February 1, 2010 | January 1, 2011 | $2,239.78 | $26,877.36 |
| 12 | February 1, 2011 | January 1, 2012 | $2,407.76 | $28,893.12 |
| 12 | February 1, 2012 | January 1, 2013 | $2,460.40 | $29,524.80 |
| Less post-petition partial payments: | | | | ($149.52) |

Total: $110,148.00

11. As of the date of this Motion, the Debtor is being evaluated for a loss mitigation option. Additional information regarding such evaluation is available upon request.

12. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected.

    (b) Debtors' Chapter 13 Plan reflects Debtors' intent to surrender property to Movant.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Date: February 6, 2013

ROUTH CRABTREE OLSEN, P.S.

By: /s/ Jonathan J Damen
JONATHAN J DAMEN, ESQ.
Attorneys for Movant
RCO 7021.307011