**Routh Crabtree Olsen, P.S.**
Edward Weber #194963
Jonathan J. Damen #251869
Nancy Ly #272035
1241 E. Dyer Road, Suite 250
Santa Ana, California 92705
Telephone 714-277-4937
Facsimile 714-277-4899
Email jdamen@rcolegal.com

File No.: 7021.307011

The following constitutes
the order of the court. Signed March 11, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Movant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., ALTERNATIVE LOAN TRUST 2006-OA1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Edward Dasalla Ardales and<br>Maria Socorro Mercado-Ardales aka Marisu Mercado Ardales<br><br>                Debtor(s). | **Bk. No. 08-46010-RLE**<br>**R.S. No.: JJD-1238**<br>**Judge Roger L. Efremsky**<br>**Chapter 13**<br><br>*ORDER GRANTING RELIEF FROM AUTOMATIC STAY*<br><br>Preliminary Hearing:<br>Date: February 27, 2013<br>Time: 1:30 pm<br>Place: U.S. Bankruptcy Court<br>1300 Clay St.<br>Oakland, CA 94612<br>Courtroom 201 |

The Motion for Relief from Automatic Stay of THE BANK OF NEW YORK MELLON

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

1

FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., ALTERNATIVE LOAN TRUST 2006-OA1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1 ("Movant" hereinafter), a secured creditor, came on for hearing before the Honorable Roger L. Efremsky. Appearances were made as noted on the record.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, upon review of the evidence presented, that the automatic stay of §362(a) is terminated as to the Debtor(s) and the bankruptcy estate pursuant to 11 U.S.C. § 362(d)(1) and/or § 362(d)(2) thereby permitting the Movant, its agents, successors, and all persons and entities acting on behalf of such parties to enforce all state law remedies against the collateral commonly known as **921 GRIFFITH LANE, BRENTWOOD, CA 94513,** including but not limited to, foreclosure and any actions necessary to obtain possession of the real property after foreclosure. The Assessor's Parcel Number of the property is **017292001**.

It is further ordered that the 14-day period specified in Fed.R.Bankr.P. 4001(a)(3) is waived.

Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case.

*** END OF ORDER ***

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

2

COURT SERVICE LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Court Service List**